FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-13-00725-CV

David Allan **EDWARDS**,
Appellant

v.

Gerald B. **PHILLIPS**, M.D.,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA-A
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellant David Allan Edwards is an inmate acting pro se. The reporter's record was filed on July 22, 2014, and the appellate record is complete.

On August 4, 2014, Appellant notified this court that he has not received a copy of the reporter's record and is unable to adequately prepare his brief. *See* TEX. R. APP. P. 38.6. He moved this court for an extension of time to file his brief.

Appellant's motion is GRANTED. The clerk of this court mailed a copy of the reporter's record to Appellant on **August 7, 2014**. *See id.* R. 20.1(k).

Appellant's brief is due THIRTY DAYS from the date of this order. *See id.* R. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court